IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ANN MARIE JOSEPH**                                                                                    **PLAINTIFF**

v.                              **Case No. 3:12-cv-00291-KGB**

**KENNY MANUFACTURING COMPANY, et al.**                                                     **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 10). The parties state that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), they dismiss this case with prejudice, each party to bear their own costs. The Court finds that this case hereby is dismissed with prejudice, each party to bear their own costs.

SO ORDERED this 13th day of March, 2014.

_____
Kristine G. Baker
United States District Judge